In the Matter of the Application of W. ALBERT PEASE, JR., Respondent, to Confirm an Award in Arbitration against LADD & NICHOLS, INC., etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

In the Matter of the Application of W. ALBERT PEASE, JR., Respondent, to Confirm an Award in Arbitration against LADD & NICHOLS, INC., etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

CHARLES MILLER, Appellant, v. REBECCA C. MILLER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

NATHANIEL WALKOF, as Chairman, etc., of L. & E. FRENKEL, INC., Respondent, v. ARTHUR H. LAMBORN and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. The date when the examination of witnesses shall commence to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

NATHANIEL WALKOF, as Chairman, etc., of L. & E. FRENKEL, INC., Respondent, v. ARTHUR H. LAMBORN and Others, as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

FANNIE U. SINGER, as Administratrix, etc., Respondent, v. JOHN B. KIRKMAN, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

STRELITZ & SOLDIN, G. m. b. H., Respondent, v. WALTER C. B. SCHLESINGER, Defendant, Impleaded with EMORY J. LAUER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

STRELITZ & SOLDIN, G. m. b. H., Appellant, v. WALTER C. B. SCHLESINGER, Defendant, Impleaded with EMORY J. LAUER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

FRANK AUDITORE, as Sole Surviving Partner, etc., of F. & J. AUDITORE, and Others, Respondents, v. ALVAH L. EHRNMAN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

THEOGENIS P. KAIKDJOGLOU, Respondent, v. JEAN P. OMOURLOGLOU, Appellant. — Order affirmed with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

HARRY M. WILNER, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, and the case restored to the day calendar for trial on the first Monday in May, 1925. This order is peremptory, and if defendant desires to avail itself of the taking of testimony by commission it must be prepared to have the commission executed by that date. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.